The complaint and information will not support the conviction for an offense committed after the complaint had been sworn to. Bradshaw v. State, 156 Tex.Cr.R. 441, 243 S.W.2d 586; Gaines v. State, Tex.Cr. App., 269 S.W.2d 679; Petty v. State, 60 Tex.Cr.R. 64, 131 S.W. 215; Cowan v. State, 69 Tex.Cr.R. 614, 155 S.W. 214.

The judgment is reversed and the cause is remanded.

Opinion approved by the court.

**Johnnie EDDINGTON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27310.

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of a still, mash and equipment for the manufacture of liquor; the punishment, a fine of $350.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.